ADRMOP, CLOSED, E-Filing, RELATE, STAYED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02813-MHP

| | |
|---|---|
| Frazier et al v. Intel Corporation | Date Filed: 07/11/2005 |
| Assigned to: Hon. Marilyn H. Patel | Jury Demand: Plaintiff |
| Cause: 15:15 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Huston Frazier**  represented by  **David S. Stellings**
Lieff Cabraser Heimann & Bernstein LLP
780 Third Avenue
48th Floor
New York, NY 10017
212-355-9500
Fax: 212-355-9592
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Gross**
Lieff Cabraser Heimann & Bernstein LLP
780 Third Avenue
48th Floor
New York, NY 10017
212-355-9500
Fax: 212-355-9592
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele Chickerell Jackson**
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111
415-956-1000
Email: mjackson@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanne Cook Frazier**  represented by  **David S. Stellings**

        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele Chickerell Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Weiner**         represented by   **David S. Stellings**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele Chickerell Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intel Corporation**         represented by   **Joy K. Fuyuno**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: joy.fuyuno@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher B. Hockett**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: chris.hockett@bingham.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2005 | 1 | COMPLAINT /issued summons against Intel Corporation ( Filing fee $ 250, receipt number 3374257.). Filed byBrian Weiner, Huston Frazier, Jeanne Cook Frazier. (ga, COURT STAFF) (Filed on 7/11/2005) Additional attachment(s) added on 7/15/2005 (ga, COURT STAFF). (Entered: 07/12/2005) |
| 07/11/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 11/2/2005. Case Management Conference set for 11/9/2005 10:30 AM.. Signed by Judge James Larson on 7/11/05. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |
| 07/11/2005 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |
| 07/15/2005 | 3 | NOTICE by Huston Frazier *NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS* (Jackson, Michele) (Filed on 7/15/2005) (Entered: 07/15/2005) |
| 07/27/2005 | 4 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 5 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/29/2005 | 6 | STIPULATION re 1 Complaint, *And Proposed Order To Continue Filing Date* by Intel Corporation. (Hockett, Christopher) (Filed on 7/29/2005) (Entered: 07/29/2005) |
| 08/02/2005 | 7 | CERTIFICATE OF SERVICE by Brian Weiner, Huston Frazier, Jeanne Cook Frazier *SUMMONS AND COMPLAINT* (Jackson, Michele) (Filed on 8/2/2005) (Entered: 08/02/2005) |
| 08/26/2005 | 8 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 10/31/2005 | 9 | STIPULATION *AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. SECTION 1407* by Intel Corporation. (Fuyuno, Joy) (Filed on 10/31/2005) (Entered: 10/31/2005) |
| 11/08/2005 | 10 | STIPULATION AND ORDER STAYING CASE pending MDL |

| | | |
|---|---|---|
| | | determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/08/2005 | 11 | ORDER statistically DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 12 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 12/17/2005 | 13 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 12/17/2005) (Entered: 01/10/2006) |
| 01/10/2006 | 14 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware. (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/10/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/12/2006 05:44:47 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02813-MHP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |