1   Michele C. Jackson (State Bar No. 090807)
     mjackson@lchb.com
2   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
  Embarcadero Center West
3   275 Battery Street, 30th Floor
  San Francisco, CA  94111-3339
4   Telephone:  (415) 956-1000
  Facsimile:  (415) 956-1008
5

6   David S. Stellings (State Bar No. DSS-5343)
     dstelllings@lchb.com
  Jennifer Gross (State Bar No. 174122)
7      jgross@lchb.com
  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
8   780 Third Avenue, 48th Floor
  New York, New York  10017-2024
9   Telephone:  (212) 355-9500
  Facsimile:  (212) 355-9592
10

11   Attorneys for Plaintiffs Huston Frazier, Jeanne Cook
  Frazier and Brian Weiner

12               UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15

16   HUSTON FRAZIER, JEANNE COOK       CIVIL ACTION NO. C:05-2813 (JL)
  FRAZIER AND BRIAN WEINER,
17   individually and on behalf of all others
  similarly situated,                 **NOTICE OF PENDENCY OF OTHER**
18                         **ACTIONS OR PROCEEDINGS**
           Plaintiffs,
19                         CLASS ACTION
  v.
20
  INTEL CORPORATION, a Delaware
21   corporation,

22            Defendant.

23

24         Pursuant to Civ. Local Rule 3-13, plaintiffs Huston Frazier, Jeanne Cook Frazier

25   and Brian Weiner ("Plaintiffs") identify the following cases which involve all or a material part of

26   the same subject matter as Plaintiffs' case and are pending in another federal or state court.  All of

27   the following cases can be described as including substantially similar antitrust and unfair

28   competition law violations alleged against Intel Corporation ("Intel"), concerning anticompetitive

457334.1           - 1 -         NOTICE OF PENDENCY OF OTHER ACTIONS OR
                                        PROCEEDINGS
                                        NO. C:05-2813 (JL)

agreements and use of its market power to unlawfully maintain its monopoly and disadvantage its competitors, including Advanced Micro Devices, with resulting inflated prices for computers with x86 microprocessors, the loss of freedom to purchase computer products that best fit customers' needs, and the lack of innovation that a truly competitive market provides.

1. *Advanced Micro Devices, Inc., et al. v. Intel Corp., et al.*, No. 1:05-cv-00441, filed June 27, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

2. *Jim Kidwell, et al. v. Intel Corp.*, No. 1:05-cv-00470, filed July 6, 2005, in the United States District Court for the District of Delaware.

3. *Robert J. Rainwater, et al. v. Intel Corp.*, No. 1:05-cv-00473, filed July 7, 2005, in the United States District Court for the District of Delaware.

4. *Michael Ruccolo v. Intel Corp.*, No. 1:05-cv-00478, filed July 8, 2005, in the United States District Court for the District of Delaware.

5. *Matthew Kravitz, et al. v. Intel Corp.*, No. 1:05-cv-00476, filed July 8, 2005, in the United States District Court for the District of Delaware.

6. *Phil Paul v. Intel Corp.*, No. 1:05-cv-00485, filed July 12, 2005, in the United States District Court for the District of Delaware.

7. *Michael Ruccolo v. Intel Corp.*, No. 1:05-cv-00478, filed July 8, 2005, in the United States District Court for the District of Delaware.

8. *Volden, et al. v. Intel Corporation*, No. 1:05-cv-00488, filed July 13, 2005, in the United States District Court for the District of Delaware.

9. *Chacon, et al. v. Intel Corporation*, No. 1:05-cv-00489, filed July 13, 2005, in the United States District Court for the District of Delaware.

10. *Simon v. Intel Corporation*, No. 1:05-cv-00490**,** filed July 13, 2005, in the United States District Court for the District of Delaware.

On July 11, 2005, Plaintiffs Brauch and Meimes in *Michael Brauch, et al. v. Intel Corp.*, No. C:05-2743 (BZ), filed July 5, 2005, in the United States District Court for the Northern District of California, filed a motion with the Judicial Panel for Multidistrict Litigation,

457334.1 - 2 -

1   pursuant to 28 U.S.C. §1407, requesting that all such pending and subsequently filed actions in

2   this and other district courts be transferred and coordinated or consolidated in the Northern

3   District of California for pretrial proceedings.  A copy of that motion was lodged with the Clerk

4   of the Court on July 11, 2005.

5           Plaintiffs believe that coordination of the foregoing cases pursuant to 28 U.S.C.

6   §1407 (Multi-District Litigation Procedures) will avoid conflicts, conserve resources and promote

7   an efficient determination of the action.

8   Dated: July 15, 2005                     Respectfully submitted,

9                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                             Michele C. Jackson
10                                              mjackson@lchb.com

11

12                                           By:   /s/ Michele C. Jackson
                                                   Michele C. Jackson

13                                           Embarcadero Center West
                                             275 Battery Street, 30th Floor
14                                           San Francisco, California  94111-3339
                                             Telephone:  (415) 956-1000
15                                           Facsimile:  (415) 956-1008

16                                           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                             David S. Stellings (State Bar No. DSS-5343)
17                                              dstelllings@lchb.com
                                             Jennifer Gross (State Bar No. 174122)
18                                              jgross@lchb.com
                                             780 Third Avenue, 48th Floor
19                                           New York, New York  10017-2024
                                             Telephone:  (212) 355-9500
20                                           Facsimile:  (212) 355-9592

21                                           Attorneys for Plaintiffs Huston Frazier, Jeanne Cook
                                             Frazier and Brian Weiner
22

23

24

25

26

27

28

457334.1                    - 3 -                NOTICE OF PENDENCY OF OTHER ACTIONS OR
                                                 PROCEEDINGS
                                                 NO. C:05-2813 (JL)

1

## CERTIFICATE OF SERVICE

2

3          I hereby certify that on July 15, 2005 , I electronically filed the foregoing

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** with the Clerk of

4
the Court by using the CM/ECF system which will send a notice of electronic filing to all

5
interested parties.  I further certify that I mailed the foregoing document and this certificate of

6
service by first-class mail to the following:

7

8                    Intel Corporation
                     c/o CT Corporation System
                     818 West Seventh Street
9                    Los Angeles, CA 90017

10

11   Dated: July 15, 2005              Respectfully submitted,

12                                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                       Michele C. Jackson
13                                        mjackson@lchb.com

14
                                       By:  /s/ Michele C. Jackson
15                                           Michele C. Jackson

16                                     Embarcadero Center West
                                       275 Battery Street, 30th Floor
17                                     San Francisco, California  94111-3339
                                       Telephone:  (415) 956-1000
18                                     Facsimile:  (415) 956-1008

19

20

21

22

23

24

25

26

27

28

457334.1                           - 1 -                    CERTIFICATE OF SERVICE
                                                            NO. C:05-2813 (JL)