| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | HUSTON FRAZIER, JEANNE COOK FRAZIER and BRIAN WEINER, individually and on behalf of all others similarly situated, | No. C 05 2813 MHP |
| 12 | | NOTICE OF APPEARANCE |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | INTEL CORPORATION, a Delaware corporation, | |
| 16 | Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

PLAINTIFF(S) IN THIS ACTION:

PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San Francisco, CA 94111, members of the State Bar of California admitted to practice before this Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation. In addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800, Washington, DC 20036, member of the Bar of the District of Columbia and the State Bar of

/ / /

Case No. C 05 2813 JL

NOTICE OF APPEARANCE

SF/21627261.1

1  Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant

2  Intel Corporation.

3  DATED: July 28, 2005

             Bingham McCutchen LLP


             By:     /s/ Joy K. Fuyuno
                       Joy K. Fuyuno
                    Attorneys for Defendant
                       Intel Corporation

2  Case No. C 05 2813 JL

NOTICE OF APPEARANCE

SF/21627261.1