1   Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA  94111-4067
4   Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12   HUSTON FRAZIER, JEANNE COOK            No. C-05-2813-MHP
     FRAZIER, and BRIAN WEINER, individually
13   and on behalf of all others similarly situated,   STIPULATION AND [PROPOSED]
                                            ORDER TO CONTINUE FILING DATE
14                  Plaintiffs,             FOR DEFENDANT'S RESPONSE TO
            v.                              PLAINTIFFS' COMPLAINT
15
     INTEL CORPORATION, a Delaware
16   corporation,

17                  Defendant.

18

19          IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20   COUNSEL AS FOLLOWS:

21          Pursuant to Civil Local Rule 6-2, Plaintiffs Huston Frazier, Jeanne Cook Frazier,

22   and Brian Weiner, and Defendant Intel Corporation hereby stipulate that Intel Corporation's

23   response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned

24   case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C.

25   Section 1407 or, in the alternative, 45 days after any such motion has been denied.  The parties

26   request this extension of time to answer or otherwise respond because the plaintiffs in *Brauch, et*

---

*al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified as a related action to that petition.  As a result the outcome of the pending petition will impact significantly the schedule of this case.

This is the first stipulation between the parties.  Because this litigation has just begun, granting such a stipulation will not have any negative impact on the schedule of this case.

IT IS HEREBY STIPULATED.
DATED:  July 28, 2005

Bingham McCutchen LLP


By:_____*/s/ Joy K. Fuyuno*_____
JOY K. FUYUNO
Attorneys for Defendant
Intel Corporation

DATED:  July 28, 2005

Lieff Cabraser Heimann & Bernstein, LLP


By:_____*/s/ Michele C. Jackson*_____
MICHELE C. JACKSON
Attorneys for Plaintiffs
Huston Frazier, Jeanne Cook Frazier, and Brian Weiner

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21629069.1

1

2     **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

3          IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

4     Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case

5     pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

6     1407, or, in the alternative, 45 days after any such motion has been denied.

7     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8     Dated: _____, 2005

9

10                                        _____
                                         Honorable Marilyn Hall Patel
11                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21629069.1