| | |
|---|---|
| MICHELE JACKSON (SBN 090807)<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30TH FLOOR<br>SAN FRANCISCO, CA 94111<br>(415) 956-1000<br><br>ATTORNEY FOR PLAINTIFF | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| HUSTON FRAZIER, JEANNE COOK FRAZIER and BRIAN WEINER, individually and on behalf of all others similarly situated,<br>Plaintiff(s)<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br>Defendant(s) | CASE NUMBER: C 05 2813 MHP<br><br>PROOF OF SERVICE<br>SUMMONS AND COMPLAINT<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons    ☒ complaint    ☐ alias summons

   ☒ other *(specify)*: ALTERNATIVE DISPUTE RESOLUTION PACKAGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; CIVIL CASE COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

2. Person served:
   a. ☒ Defendant *(name)*: INTEL CORPORATION
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: GEROME JONES, PROCESS SPECIALIST, AUTHORIZED PERSON TO ACCEPT SERVICE OF PROCESS FOR CT CORPORATION, REGISTERED AGENT

   c. ☒ Address Where papers were served: 818 WEST 7TH STREET, LOS ANGELES, CA 90017

3. **Manner of service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
4. **I served** the person named in item 2:
   a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.
      1. ☒ Papers were served on *(date)*: **07/18/05**    at *(time)*: **2:10PM**
5. At the time of service I was at least 18 years of age and not a party to this action.
6. Person serving *(name, address and telephone number)*:
   H. PECK
   HARBOR ATTORNEY SERVICE         d. ☒ Registered California Process Server
   3740 BLUFF PLACE                    Registration No.: **4597**
   SAN PEDRO, CA 90731                 County: **LOS ANGELES**
   (310) 547-9855

**I declare** under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.
Date: **07/19/05**

*(Signature)*

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)