```
 1  BINGHAM McCUTCHEN LLP
    DAVID M. BALABANIAN (SBN 37368)
 2  CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
 3  Three Embarcadero Center
    San Francisco, California  94111-4067
 4  Telephone:  (415) 393-2000

 5  Attorneys for Defendant
    Intel Corporation
 6

 7
```

| | |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |

| | |
|---|---|
| HUSTON FRAZIER, JEANNE COOK FRAZIER, and BRIAN WEINER, individually and on behalf of all others similarly situated, | No. 05-2813 |
| Plaintiffs, | DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS |
| v. | |
| INTEL CORPORATION, | |
| Defendant. | |

SF/21633109.1

DEFENDANT'S FED. RULE CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS

1  Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies
2  that there is no parent company and no publicly held entity that owns 10% or more of Intel.
3  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4  than the named parties, there is no such interest to report.
5  DATED: August 26, 2005

BINGHAM McCUTCHEN LLP

By: _____/s/ *Joy K. Fuyuno*_____
Joy K. Fuyuno
Attorneys for Defendant
Intel Corporation

SF/21633109.1

2

DEFENDANT'S FED. RULE. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT