| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
|   | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
|   | Facsimile: (415) 393-2286 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HUSTON FRAZIER, JEANNE COOK FRAZIER and BRIAN WEINER, individually and on behalf of all others similarly situated, | | No. C-05-2813-MHP |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407** |
| v. | | |
| INTEL CORPORATION, a Delaware corporation, | | |
| | Defendant. | |

WHEREAS, on July 11, 2005, Plaintiffs filed the instant action in the Northern District of California ("Frazier Action");

WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Frazier Action has been identified as a related action subject to that motion;

1    WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order
2 relating this case to an earlier filed case assigned to her, and canceling or staying certain but not
3 all dates, events and deadlines in the action;
4    WHEREAS, to date, a decision has not been rendered on the MDL Motion;
5    WHEREAS, the outcome of the MDL Motion will impact significantly the
6 schedule of this case;
7    THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8 by and among counsel for Frazier Plaintiffs, and counsel for Defendant Intel Corporation, that
9 any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,
10 including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal
11 Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order
12 applicable to this case should be stayed pending the outcome of the aforementioned MDL
13 Motion; and
14    IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15 management conference is rescheduled by the Court, the parties shall adjust the dates for any
16 conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17 Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18 accordingly.
19    IT IS HEREBY STIPULATED.

20 Dated: October 31, 2005                LIEFF, CABRASER, HEIMANN &
                                          BERNSTEIN, LLP

                                          By:    */s/ Michele C. Jackson*
                                                 Michele C. Jackson
                                                 Attorneys for Plaintiffs
                                                 Huston Frazier, Jeanne Cook Frazier
                                                 and Brian Weiner

| | | |
|---|---|---|
| 1 | Dated: October 31, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____/s/ Joy K. Fuyuno_____ |
| 4 | | Joy K. Fuyuno<br>Attorneys for Defendant<br>Intel Corporation |
| 5 | | |

**6  [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES**
**7  PENDING THE OUTCOME OF THE MDL MOTION**

8   Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

9   Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

10  and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

11  management order applicable to this case are hereby stayed pending the outcome of the motion

12  to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

13  Upon the determination of the MDL Motion, if it is necessary for the Court to

14  reschedule a case management conference, the parties shall adjust the dates for any conference,

15  disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16

16  and 26 accordingly.

17  The parties shall notify the Clerk of Court within 10 days of the decision on the

18  MDL Motion.

19  **IT IS SO ORDERED.**

20  Dated:_____

21  Honorable Marilyn H. Patel
    United States District Court Judge