FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | HUSTON FRAZIER, JEANNE COOK            | No. C-05-2813-MHP
   | FRAZIER and BRIAN WEINER, individually |
13 | and on behalf of all others similarly situated, | STIPULATION AND [PROPOSED]
   |                                        | ORDER TO STAY DATES, EVENTS
14 |              Plaintiff,                | AND DEADLINES PENDING THE
   |       v.                               | OUTCOME OF THE MOTION TO
15 |                                        | TRANSFER AND COORDINATE OR
   | INTEL CORPORATION, a Delaware          | CONSOLIDATE PURSUANT TO
16 | corporation,                           | 28 U.S.C. § 1407
17 |              Defendant.                |

18

19         WHEREAS, on July 11, 2005, Plaintiffs filed the instant action in the Northern

20 District of California ("Frazier Action");

21         WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel*

22 *Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23 Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24 pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Frazier Action has

25 been identified as a related action subject to that motion;

26

SF/21642093.1                                                    Case No. C 05-2813 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1   WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order
2   relating this case to an earlier filed case assigned to her, and canceling or staying certain but not
3   all dates, events and deadlines in the action;
4   WHEREAS, to date, a decision has not been rendered on the MDL Motion;
5   WHEREAS, the outcome of the MDL Motion will impact significantly the
6   schedule of this case;
7   THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8   by and among counsel for Frazier Plaintiffs, and counsel for Defendant Intel Corporation, that
9   any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,
10  including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal
11  Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order
12  applicable to this case should be stayed pending the outcome of the aforementioned MDL
13  Motion; and
14  IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15  management conference is rescheduled by the Court, the parties shall adjust the dates for any
16  conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17  Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18  accordingly.
19  IT IS HEREBY STIPULATED.

20  Dated: October 31, 2005                     LIEFF, CABRASER, HEIMANN &
21                                              BERNSTEIN, LLP

22                                              By:  /s/ Michele C. Jackson
23                                                   Michele C. Jackson
                                                     Attorneys for Plaintiffs
24                                                   Huston Frazier, Jeanne Cook Frazier
                                                     and Brian Weiner
25
26

SF/21642093.1                       2                        Case No. C 05-2813 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

| | | |
|---|---|---|
| 1 | Dated: October 31, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____/s/ Joy K. Fuyuno_____ |
| 4 | | Joy K. Fuyuno<br>Attorneys for Defendant<br>Intel Corporation |
| 5 | | |

6
7 **[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION**

8   Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil
9 Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")
10 and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case
11 management order applicable to this case are hereby stayed pending the outcome of the motion
12 to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

13   Upon the determination of the MDL Motion, if it is necessary for the Court to
14 reschedule a case management conference, the parties shall adjust the dates for any conference,
15 disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16
16 and 26 accordingly.

17   The parties shall notify the Clerk of Court within 10 days of the decision on the
18 MDL Motion.

19 IT IS SO ORDERED.
20 Dated: 11/7/05

_____
Honorable Marilyn H. Patel
United States District Court Judge